# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

ABDIAZIZ M. AHMED,

      Plaintiff,

v.

SHANON MONROE and CLAY
COUNTY STATES ATTORNEY OFFICE,

      Defendants.

Case No. 24-CV-3481 (NEB/LIB)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

---

The Court has received the November 7, 2024 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 5 ("R&R").) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error.[1] *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED;

2. Plaintiff Abdiaziz M. Ahmed's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. Section 1915A(b)(1) for failure to state a claim;

---

[1] The Court received Plaintiff's notice of change of address the same day it issued the R&R. (ECF No. 4.) In an abundance of caution, the Clerk of Court remailed the Order to respond (ECF No. 3) to Plaintiff's new address that same day. Plaintiff did not respond to the Order or object to the R&R.

3. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED AS MOOT;

4. Plaintiff is required to pay the unpaid balance of this action's statutory filing fee—$350.00—in the manner prescribed by 28 U.S.C. Section 1915(b)(2); and

5. The Clerk of Court shall provide notice of this requirement to the authorities at the institution where Plaintiff is confined.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 12, 2024                    BY THE COURT:

                                                          s/Nancy E. Brasel
                                                          Nancy E. Brasel
                                                          United States District Judge